UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Federal National Mortgage Association,

        Plaintiff,

v.

Noah F. Grossman, et al.,

        Defendants.

ORDER
Civ. No. 10-34(MJD/JJG)

_____

This matter is before the Court upon non-party Ambient Consulting's appeal of the Order of Magistrate Judge Jeanne J. Graham dated November 12, 2010.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order dated November 12, 2010 [Docket

No. 29] is AFFIRMED.

Date:   December 17, 2010


                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court

Civil No. 10-34 (MJD/JJG)